**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BERTRAM CHAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 15-cv-03251-BLF<br><br>**ORDER DENYING MOTION TO SET ASIDE ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>[RE: ECF 13] |

On July 13, 2015, attorney Troy Renkemeyer filed an Application for Admission of Attorney Pro Hac Vice. The Application was not accompanied by a certificate of good standing as required by this Court's Civil Local Rules. *See* Civil L.R. 11-3(a). Court staff contacted Mr. Renkemeyer's office several times to request submission of the certificate. On September 10, 2015, the Court denied the Application, as the certificate still had not been filed.

On September 14, 2015, Mr. Renkemeyer filed a Motion to Set Aside Order Denying Application for Admission of Attorney Pro Hac Vice. Mr. Renkemeyer appears to be asserting that the Order was issued improperly because his office sent the Court an email dated September 9, 2015 indicating that: (1) Mr. Renkemeyer still was not in possession of a certificate of good standing; (2) a certificate of good standing had been requested from the Missouri Supreme Court the previous day, on September 8, 2015; and (3) once Mr. Renkemeyer obtained a certificate of good standing he would "resubmit the application" for admission pro hac vice. *See* Motion to Set Aside and Exh. A, ECF 13. The information provided in the email does not constitute a basis for setting aside the Court's order. To the contrary, the email confirmed that the Application had been submitted prematurely, before counsel had obtained the required certificate of good standing, and indicated that counsel would resubmit the application once the certificate had been acquired.

1  Accordingly, the Motion to Set Aside Order Denying Application for Admission of Attorney Pro
2  Hac Vice is DENIED.
3      The Court's orders denying Mr. Renkemeyer's initial Application and his current motion
4  do not reflect upon Mr. Renkemeyer's qualifications as an attorney.  In fact, Mr. Renkemeyer's
5  renewed Application for Admission of Attorney Pro Hac Vice, which is supported by a certificate
6  of good standing, has been granted in a separate order.  *See* Order Granting Application For
7  Admission of Attorney Pro Hac Vice, ECF 15.
8      **IT IS SO ORDERED.**

10  Dated: September 15, 2015

                                                BETH LABSON FREEMAN
                                                United States District Judge