1  BRIAN J. STRECTH (CABN 163973)
   Acting United States Attorney
2
3  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
4  Chief, Tax Division
      450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-7017
6        FAX: (415) 436-7009

7  Attorneys for United States of America

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOE DIVISION

11 

| | |
|---|---|
| BERTRAM CHAN AND MARIE CHAN, | Case No. CV-15-3251 BLF |
| Plaintiffs, | |
| v. | STIPULATION AND [proposed] ORDER ENLARGING TIME FOR THE UNITED STATES TO ANSWER AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERNCE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

For the reasons (1) that the United States just became aware today that Plaintiffs completed service on the United States providing this Court with personal jurisdiction of the United States in this matter; (2) that the United States Attorney has not received the administrative file necessary to file an answer or other defense to this matter with knowledge and information; (3) that counsel for the Plaintiffs just became aware today of the Thursday December 10, 2016 case management conference; (4) that the parties did not file the required Joint Case Management Statement on December 3, 2015, and (5) because of the complex nature of this matter, additional time is necessary to allow the United States adequate time to prepare and file its answer and for both the Plaintiffs and the United States to prepare and file the Joint Case Management Statement;

Stipulation & [proposed] Order
Enlarging Time to Answer and
Continuing Case Management Conference
No. CV-15-3251 BLF                     1

1  It is hereby stipulated by and between Plaintiffs and Defendant United States of America,
2  through their respective counsel as follows
3     1.  That the time for the United States to file its answer or other defense to this suit be enlarged
4        to January 6, 2016;
5     2.  That the Joint Case Management Conference Statement be filed on January 7, 2016; and
6     3.  That the Case Management Conference by held on January 14, 2016 at 11:00 a.m.

                                    Respectfully Submitted,

                                    BRAIN J. STRETCH
                                    Acting United States Attorney

_____/s/_____          _____/s/_____
TROY RENKEMEYER                        THOMAS MOORE
Attorney for Plaintiffs                             Assistant United States Attorney
Bertram Chan and Marie Chan            Chief, Tax Division

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                     _____
                                                    UNITED STATES DISTRICT JUDGE

Stipulation & [proposed] Order
Enlarging Time to Answer and
Continuing Case Management Conference
No. CV-15-3251 BLF                     2