1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2

    THOMAS MOORE (ALBN 4305-O78T)
3   Chief, Tax Division

4   MICHAEL G. PITMAN (DCBN 484164)
    Assistant United States Attorney
5   150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
6   Telephone:     (408) 535-5040
    Facsimile:      (408) 535-5081
7   michael.g.pitman@usdoj.gov

8   Attorneys for the United States of America

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12   Bertram Chan & Marie Chan,              Case No. 5:15-cv-03251-BLF

13          Plaintiffs,                       STIPULATION OF DISMISSAL
                                              AND [PROPOSED] ORDER
14             v.

15   United States of America,

16          Defendant.

17

18          Defendant the United States of America ("United States"), and Plaintiffs Bertram and Marie

19   Chan ("Plaintiffs"), by and through undersigned counsel, hereby stipulate, pursuant to Fed. R. Civ. P.

20   41(a)(1)(A)(ii), to the dismissal of this matter in its entirety with prejudice.  Each party shall bear its

21   own costs and fees.

22

23

24

25

26

27

28

1   Respectfully submitted this 13th day of January 2016,

2                                           BRIAN J. STRETCH
3                                           Acting United States Attorney

4                                           s/ Michael G. Pitman
5                                           MICHAEL G. PITMAN
6                                           Assistant United States Attorney

Attorneys for United States of America

7                                           s/ Troy Douglas Renkemeyer
8                                           TROY DOUGLAS RENKEMEYER
9                                           Renkemeyer Law Firm, LP
941 W. 141st Terrace, Suite B
Kansas City, MO 64145
10  913-906-9800
Fax: 913-906-9840
11  Email: trenkemeyer@rcwlawfirm.com

Attorney for Plaintiffs Bertram and Marie Chan

12

13

14                               [PROPOSED] ORDER

15      Pursuant to the Stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

16 ORDERED that this matter is dismissed, in its entirety, with prejudice.  Each party shall bear its own

17 costs and fees.

18

19      SO ORDERED this _____ day of _____, 2016.

20

21

22                         THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28